# Court of Appeals
# of the State of Georgia

ATLANTA, December 23, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0114. SIMMONS v. DUNAWAY, JUDGE.

This petition for a writ of mandamus was transferred to this Court by the Supreme Court of Georgia. In it, Shukree Simmons asks that this Court order the Fulton County trial court to rule on his various pretrial motions.

According to the Supreme Court of Georgia, we are authorized "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." *Arnold v. Alexander*, 321 Ga. 330, 335 (914 SE2d 311) (2025). Because Simmons asks us to issue a writ in a matter not connected to this Court's appellate jurisdiction, his motion does not satisfy the requirements of Rule 40 (c) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/23/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*